UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LISA K. PITTS | CIVIL ACTION NO. 22-2374 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| UNITED BUILT HOMES, LLC | MAGISTRATE JUDGE MARK L. HORNSBY |

## ORDER

Considering the Joint Motion to Dismiss filed by Defendant, United Built Homes, LLC, and Plaintiff, Lisa K. Pitts;

**IT IS ORDERED** that the above-captioned lawsuit be and is hereby dismissed in its entirety, including all claims brought or that could have been brought, with prejudice, and with each party to bear their own costs.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 19th day of April, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE